UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.          Case No. 08-mc-83-JD

<u>William Stewart</u>
 <u>d/b/a Stewart Brothers Paving</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 6, 2009, no objection having been filed.   It is ordered that the taxpayer obey the summons in full and that he appear on February 17, 2009 at 9:00 a.m. at 1000 Elm Street, Suite 900, Manchester, New Hampshire, before Denice Anderson, to give testimony and produce all books and records in his  possession or control required and called for by the terms of the summons of June 18, 2008.

  It is further ordered that the government be awarded its costs.

  SO ORDERED.

February 3, 2009       <u>/s/ Joseph A. DiClerico, Jr.</u>
             Joseph A. DiClerico, Jr.
             United States District Judge

cc:  T. David Plourde, AUSA
   William Stewart